RJC/jmc

AO 245 (Rev. 8/87) Judgment in a Criminal Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

# United States District Court

MAR 16 1989

SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

Jesse E. Clark, Clerk
By Deputy: _Nancy Burgess_

UNITED STATES OF AMERICA

V.

ROBERTO LEE
AKA: Kimron Lee
     Bob K. Lee
1000 W. Manchester Blvd. #18
Inglewood, CA 90301

(Name and Address of Defendant)

JUDGMENT IN A CRIMINAL CASE

Case Number: G-88-00008-04

Michael J. Hinton (Retained)
Attorney for Defendant

SOC. SEC. NUMBER 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

**THE DEFENDANT ENTERED A PLEA OF:**

[ ] guilty  [ ] nolo contendere] as to count(s) _____, and
[ ] not guilty as to count(s) _____.

**THERE WAS A:**
[ ] finding  [X] verdict] of guilty as to count(s) ___1 and 2___.

The offense was committed on or about April 11, 1983, through July 29, 1983.

**THERE WAS A:**
[ ] finding  [X] verdict] of not guilty as to count(s) ___3___.
[ ] judgment of acquittal as to count(s) _____.
The defendant is acquitted and discharged as to this/these count(s).

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:**

Ct. 1: Conspiracy to commit arson in violation of Title 18, United States Code, Section 371, as charged in the indictment.

Ct. 2: Arson in violation of Title 18, United States Code, Section 844(i) as charged in the indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT:** as to Count 1, imposition of sentence is suspended and the defendant is placed on probation with supervision for a period of five (5) years and assessed a fine of $10,000.00 to be paid in full by expiration of the probation period at a rate to be determined by the Probation Department. Probation is to commence immediately upon release from custody portion of sentence imposed in Count 2.

As to Count 2, the defendant is sentenced to the custody of the Attorney General or his authorized representative for a period of five (5) years.

In addition to any conditions of probation imposed above, IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed.

AO 245 (Reverse)

## CONDITIONS OF PROBATION

Where probation has been ordered the defendant shall:

(1) refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;
(2) associate only with law-abiding persons and maintain reasonable hours;
(3) work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability. (When out of work notify your probation officer at once, and consult him prior to job changes);
(4) not leave the judicial district without permission of the probation officer;
(5) notify your probation officer immediately of any changes in your place of residence;
(6) follow the probation officer's instructions and report as directed.

The court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within the maximum probation period of 5 years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

IT IS FURTHER ORDERED that the defendant shall pay a total special assessment of $ __N/A__ pursuant to Title 18, U.S.C. Section 3013 for count(s) __N/A__ as follows:

IT IS FURTHER ORDERED THAT counts _____ are DISMISSED on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall pay to the United States attorney for this district any amount imposed as a fine, restitution or special assessment. The defendant shall pay to the clerk of the court any amount imposed as a cost of prosecution. Until all fines, restitution, special assessments and costs are fully paid, the defendant shall immediately notify the United States attorney for this district of any change in name and address.

IT IS FURTHER ORDERED that the clerk of the court deliver a certified copy of this judgment to the United States marshal of this district.

☐ The Court orders commitment to the custody of the Attorney General and recommends:

March 13, 1989
Date of Imposition of Sentence

3-16-89
Signature of Judicial Officer

HUGH GIBSON
UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

*[signature]*
Date

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at
                            Date

_____, the institution designated by the Attorney General, with a certified copy of this Judgment in a Criminal Case.

APPROVED AS TO FORM: *RJC*

United States Marshal

By _____
Deputy Marshal